March 4, 2026

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
4451 NW 31st Avenue
Oakland Park, FL 33309



 **U.S. Citizenship and Immigration Services**

CARLOS ALBERTO CONVERSO



RE: I-290B, Notice of Appeal or Motion

A



## <u>NOTICE OF DECISION</u>

**Why You Received This Notice**

This notice is about your Form I-290B, Notice of Appeal or Motion, filed with U.S. Citizenship and Immigration Services (USCIS) on November 28, 2025 as a motion to reopen and/or reconsider the decision on your Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS denied your Form I-485, receipt number MSC2191254416, on October 29, 2025.

Title 8 Code of Federal Regulations (8 CFR), section 103.5(a) states, in pertinent part, that:

> (2) Requirements for motion to reopen. A motion to reopen must state the new facts to be provided in the reopened proceeding and be supported by affidavits or other documentary evidence. A motion to reopen an application or petition denied due to abandonment must be filed with evidence that the decision was in error because:
>
> > (i) The requested evidence was not material to the issue of eligibility;
> > (ii) The required initial evidence was submitted with the application or petition, or the request for initial evidence or additional information or appearance was complied with during the allotted period;or
> > (iii) The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation, or that the applicant or petitioner advised the Service, in writing, of a change of address or change of representation subsequent to filing and before the Service's request was sent, and the request did not go to the new address.
>
> (3) …A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy.  A motion to reconsider a decision on an application or petition must, when filed, also establish that the decision was incorrect based on the evidence of record at the time of the initial decision.

We may grant a motion that satisfies these requirements.

**Determination**

After a thorough review, we find that the motion satisfies the regulatory requirements for filing a motion to reopen and/or reconsider at 8 CFR 103.5(a)(2), and 103.5(a)(3).

Therefore, we grant the motion to reopen and/or reconsider the Form I-485, Application to Register Permanent Residence or Adjust Status, of denied case MSC2191254416. The decision to deny the Form I-485 has been withdrawn.

It is hereby ordered that a new decision on the Form I-485 be issued.

---

**Need Help or Have Questions?**

For help with your application or petition, or to access forms and instructions, visit www.uscis.gov. You can also use the following tools:

- **Virtual Assistant Emma:** www.uscis.gov/tools/uscis-tools-and-resources
- **Case Status Online Tool:** https://egov.uscis.gov
- **USCIS Contact Center:** www.uscis.gov/contactcenter

If you cannot find the information you need online, call the USCIS Contact Center:

- **General Assistance:** 1-800-375-5283
- **Military Cases:** 1-877-247-4645
- **TTY for Hearing Impaired:** 1-800-767-1833

---

Sincerely,

Adam A. Chioffe
Field Office Director
Officer: AC1531